

U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

## MEMO ENDORSED

June 18, 2007

BY FAX

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07
```

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

Re: United States v. Bernard Beebe, 07 Cr. 542

Dear Judge Chin:

    Pursuant to Rule 22 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the Government respectfully submits this letter to request that the above matter be reassigned to a judge in the United States District Court in White Plains. The offenses with which the defendant is charged are alleged to have occurred in Orange County, New York.

*There being no objection from defense counsel, this application is granted and the case is transferred to White Plains. SO ORDERED.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Richard C. Tarlowe
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963 (phone)
(914) 682-3392 (fax)

cc: Gary Greenwald, Esq.

USDJ 6/19/07