# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845) 469-1895
Toll Free: 1-866-GREENWALD
www.greenwaldlaw.com

*Please Reply to Chester Office*

Gary Greenwald -
Juanita C. Greenwald**
Joseph O. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Gove
William A. Frank
John A. McHugh†
Robert E. Noe
Anthony M. Di Filippo
Lisa M. Cobb
Karen M. Air ◊

David A. Brodsky, Of Counsel
Lynn M. Smookler, Of Counsel

*Also Admitted To Practice In
 * NJ ** CT † PA

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
Clarrer Mountain Plaza, 6th Fl
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

June 20, 2007

07-cr-542

**VIA FAX - (914) 390-4095 & MAIL**

Magistrate Judge George A. Yanthis
U.S. Magistrate Judge
U.S. Courthouse, Room 116
300 Quarropas Street
White Plains, New York 10601

1563

Re:   U.S. v. Bernard Beebe - 06-MAG.1183

Honorable Magistrate Yanthis:

Due to the fact that my client, Bernard Beebe, has been indicted, please be advised that we are withdrawing our application regarding bail at this time.

Respectfully yours,

Gary Greenwald

GG/aak

cc:   A.U.S.A. Richard Tarlowe
      (Via Fax: (914) 993-1980)

      Ms. Cynthia Labrovic, Pre-Trial Services
      (Via Fax: (914) 390-4035)

      Mr. Bernard Beebe

TOTAL P.002