# GREENWALD LAW OFFICES

Gary Greenwald *
Joann C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Gove
William A. Frank
John A. McHught
Robert E. Noe
Anthony M. Di Filippo
Lisa M. Cobb
Karen M. Alt ◊

David A. Brodsky, Of Counsel
Lynn M. Smookler, Of Counsel

Also Admitted To Practice In
* MA **NJ ◊CT †PA

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Monticello, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

June 21, 2007

**VIA FAX - (914) 390-4095 & MAIL**

Magistrate Judge George A. Yanthis
U.S. Magistrate Judge
U.S. Courthouse, Room 116
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Bernard Beebe - 06-MAG.1183

Honorable Magistrate Yanthis:

This letter confirms that the arraignment for the above-captioned defendant, Bernard Beebe, will take place before Your Honor on Friday, June 29, 2007 at 9:15 a.m.

This letter also confirms that the time from the filing of the indictment until the date of the arraignment is excludable time and is not chargeable against the U.S. Attorney's Office. The matter was adjourned at my request with the consent of A.U.S.A. Richard Tarlowe.

Respectfully yours,

Gary Greenwald

GG/aak

cc: A.U.S.A. Richard Tarlowe
(Via Fax: (914) 993-1980)

Ms. Cynthia Labruvie, Pre Trial Services
(Via Fax: (914) 390-4035)

Mr. Bernard Beebe

TOTAL P.002

Gary Greenwald *
Joanna C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Gove
William A. Frank
John A. McHught
Robert E. Noe
Anthony M. Di Filippo
Lisa M. Cobb
Karen M. Alt ◊

David A. Brodsky, Of Counsel
Lynn M. Smookler, Of Counsel

Also Admitted To Practice In
* MA **NJ ◊CT †PA

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845) 469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th fl
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

## FAX TRANSMITTAL SHEET

**TO:** Magistrate Judge George A. Yanthis

**FAX NO.:** (914) 390-4095

**FROM:** Gary Greenwald, Esq.

**RE:** <u>U.S. v. Bernard Beebe</u>

**DATE:** June 22, 2007

**NO. OF PAGES INCLUDING COVER SHEET: 2**

### MESSAGE

This communication pertains to a legal matter and is intended only of the use of the addressee(s) and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.

If you do not receive all of the pages or have any problems receiving this transmission, please call Alice A. Kchoe at (845) 469-4900.