

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,

              vs.

BERNARD BEEBE,

              Defendant.

------------------------------------------------------------------x

**ORDER**
07 Crim 542 (GAY)

    Defendant Bernard Beebe entered a plea of not guilty before this Court to a charge of possession of child pornography. An application was made at that time to modify conditions of release that were previously set. Under the circumstances herein, the Court concludes that the conditions previously set are reasonable and necessary. All terms and conditions shall remain in full force and effect. The Court, however, hereby gives the Pretrial Services Office the discretion to approve exceptions from the home detention and electronic monitoring conditions for limited durations for such personal matters as, i.e., going outside in defendant's own yard.

SO ORDERED:

Dated: July 6, 2007
White Plains, New York

_____
GEORGE A. YANTHIS, U.S.M.J.

MICROFILM
JUL 09 2007
USDC SDNY WP