UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                      v.

BERNARD BEEBE,

                  Defendant.
---------------------------------------------------------X

**APPEARANCE**

**CASE NUMBER:**
**07CR542 (SCR)**

To the Clerk of this Court and all parties of record:

Enter our appearance as counsel in this case for Bernard Beebe.

We certify that we are admitted to practice in this Court.

Dated: July 16, 2007

                                  _____
                                  GARY GREENWALD   GG4605
                                  Greenwald Law Offices
                                  99 Brookside Avenue
                                  Chester, New York 10918
                                  Tel: (845) 469-4900
                                  Fax: (845) 469-2022

TO:   Clerk of the Court
        A.U.S.A. Richard Tarlowe