Gary Greenwald *
Joanna C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Gove
William A. Frank
John A. McHugh†
Robert E. Noe
Anthony M. Di Filippo
Karen M. Alt ◊
Gary H. Forman**

David A. Brodsky, Of Counsel
Lisa M. Cobb, Of Counsel
Lynn M. Smookler, Of Counsel

Also Admitted To Practice In
* MA **NJ ◊CT †PA

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

September 10, 2007

**VIA FAX - (914) 390-4179**

Honorable Judge Stephen C. Robinson
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

## MEMO ENDORSED

Re: **United States v. Bernard Beebe**
07 CR 542

Honorable Judge Robinson:

I am sending this letter to supplement my request for an extension of time in which to file motions in the above-captioned matter.

As I am certain you are aware of, the Jewish holidays commence on Wednesday evening, September 12th, through the remainder of the week and the following weekend, as well.

My office went to Homeland Security, with the permission of A.U.S.A. Richard Tarlowe, on Friday, September 7th. We are required to meet with the agents again, since we need to see the original computers and how they work. This is tentatively scheduled for the week of September 17th. I wanted to view the computers, as well as the material on the computers, prior to filing the motions.

As such, I am once again respectfully requesting, with the permission of Mr. Tarlowe, a reasonable extension of time to enable me to file any and all appropriate motions that are necessary. I am leaving my office in the later afternoon of Wednesday, September 12th.

Respectfully yours,

Gary Greenwald

GG/aak

cc: A.U.S.A. Richard Tarlowe (Via Fax-(914) 993-1980)

*All motions must be filed by October 15, 2007*

**APPLICATION GRANTED**

HON. STEPHEN C. ROBINSON
9/18/07

TOTAL P.002