UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,


                              vs.                                    **NOTICE OF MOTION**
                                                                     7:07-cr-00542-SCR
BERNARD J. BEEBE,


                        Defendant
-----------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the affirmation of Gary Greenwald, Esq., dated the 12th day o f October 2007, the affidavit of Bernard J. Beebe sworn to the 12th day of October 2007, and upon the annexed papers and upon the papers and proceedings heretofore had herein, the undersigned will move this Court, at a Motion Term thereof, to be held at the Federal Courthouse, 300 Quarropos Street, White Plains, New York, on a date to be set by the Court, for the following relief:

1.     An Order, pursuant to F.R.C.P. Rule 12(b)(3)( C), suppressing physical evidence upon the ground that such was obtained in violation of the defendant's rights under the Fourth Amendment, or in the alternative a hearing to determine the same; and

2.     An Order, pursuant to F.R.C.P. Rule 12(b)(3)( C), suppressing statements attributed to the defendant upon the ground that such statements were obtained in violation of the defendant's rights under the Fifth and Sixth Amendments, or in the alternative a hearing to determine the same; and

Together with such other and further relief as the Court seems just and proper.

Dated: October 12, 2007

                                                    Gary Greenwald
                                                    Federal Bar Roll #GG4605
                                                    *Attorneys for the Defendant*
                                                    Greenwald Law Offices
                                                    99 Brookside Avenue
                                                    Chester, New York 10918


To:     A.U.S.A. Richard Tarlowe
        United States Attorney's Office
        Southern District of New York
        300 Quarropas Street
        White Plains, New York 10601