# EXHIBIT A

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA : INDICTMENT
:
        - v. - : 07 Cr.
:
BERNARD BEEBE, :
:
        Defendant. :
:
- - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From at least in or about April 2004 up to and including in or about August 2006, in the Southern District of New York, BERNARD BEEBE, the defendant, unlawfully, willfully, and knowingly received and distributed materials that contained child pornography and that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

## COUNT TWO

The Grand Jury further charges:

2. From at least in or about April 2004 up to and including in or about August 2006, in the Southern District of New York, BERNARD BEEBE, the defendant, unlawfully, willfully, and knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material that contained images of child pornography that had been mailed, and shipped and transported in

interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

## United States District Court

SOUTHERN DISTRICT OF NEW YORK

### THE UNITED STATES OF AMERICA

vs.

### BERNARD BEEBE,

Defendant.

# INDICTMENT

**07 Cr.**

(In Violation of Title 18, United States Code, Section 2252A(a)(2)(B))
(In Violation of Title 18, United States Code, Section 2252A(a)(5)(B))

MICHAEL J. GARCIA

United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.