Gary Greenwald *
Joanna C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Gove
William A. Frank
John A. McHught
Robert E. Noe
Anthony M. Di Filippo
Karen M. Alt ◊
Gary H. Forman**

David A. Brodsky, *Of Counsel*
Lisa M. Cobb, *Of Counsel*
Lynn M. Smookler, *Of Counsel*

Also Admitted To Practice In
* MA **NJ ◊CT †PA

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
*www.GreenwaldLaw.com*

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

October 18, 2007

**VIA FAX - (914) 390-4179**

**MEMO ENDORSED**

Honorable Stephen C. Robinson, USDC
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

    Re:    **United States of America v. Bernard Beebe**
            Case No.: ~~06MAG1183~~ 07 cr 542 (SCR)

Honorable Judge Robinson:

    On behalf of my client, Bernard Beebe, we requested permission for Mr. Beebe to attend two events at the Valley Central High School. The first event will be at 7:00 p.m. on Friday, October 26, 2007 and the second event will be at 7:00 p.m. on Saturday, October 27, 2007. The events will feature the Valley Central Dance Team's production of Beetlejuice. Mr. Beebe's twelve year old daughter has one of the leads in the production, and his nine year old daughter, Loretta, as well as his six year old daughter, Meredith, will also be performing in the shows. The performance will be approximately two hours in duration.

    Unfortunately, Pre-Trial Services objected to Mr. Beebe's attendance at both of these events. My office has spoken with Cynthia Labrovic of Pre-Trial Services. Ms. Labrovic indicated that the objection did not stem from any actions on the part of Mr. Beebe, but rather reflected the concern of their office for Mr. Beebe attending any functions involving children.

    My office has an excellent relationship with Pre-Trial Services, and at all times Ms. Labrovic has been professional and helpful. We asked her permission to address this request with Your Honor, as well as with A.U.S.A. Richard Tarlowe. Ms. Labrovic indicated that based upon the objection of Pre-Trial Services, she would expect us to proceed in that direction.

Honorable Stephen C. Robinson, USDC
Page 2
October 18, 2007

---

    Please know that Mr. Beebe has been totally compliant with all the requests of Pre-Trial Services. Our client has been indicted for receiving, possessing and distributing materials that contain child pornography; however, at no point has there ever been a suggestion that my client has done anything untoward with any child.

    Mr. Beebe attends Mass at his parish every weekend accompanied by his wife and children. He finds comfort during these very vexing times in his faith and his family.

    As has been the practice in the past, Mrs. Beebe would be in attendance at the performances noted above and would at all times be at her husband's side throughout the evening. When my office notified Mrs. Beebe by telephone that Pre-Trial Services did not grant permission for her husband to attend these events, she was reduced to uncontrollable tears. Her concern was for her daughters, who would not have their father present at a significant time in their lives when they were most proud of their accomplishments.

    Judge Robinson, in the past Mr. Beebe has been allowed to attend similar events. I would respectfully request that Your Honor reconsider this request and grant permission for Mr. Beebe to attend these high school productions not for himself, but for his daughters.

    Thank you for your consideration in this regard.

                                Respectfully yours,

                                Gary Greenwald

GG/aak

cc:    A.U.S.A. Richard Tarlowe - (Via Fax: (914) 993-1980)
       Ms. Cynthia Labrovic - (Via Fax: (914) 390-40365)
       Mr. Bernard Beebe

APPLICATION DENIED
HON. STEPHEN C. ROBINSON
10/19/07