

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*





United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 31, 2007

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
United States District Courthouse
300 Quarropas St.
White Plains, New York 10601

# MEMO ENDORSED

Re:    **United States v. Bernard Beebe**, 07 Cr. 542 (SCR)

Dear Judge Robinson:

  At the last status conference in the above matter, on August 10, 2007, the Court set a motion schedule, pursuant to which the defendant's motion was due September 14, 2007, the Government's response was to be filed by October 19, 2007, and the defendant's reply was to be filed by October 26, 2007. Thereafter, the Court granted the defendant's request for a one-month extension of time to file his motion, from September 14 to October 15, and the defendant filed his motion on October 15. In light of the defendant's one-month extension, the Government respectfully requests that it be permitted to file its response on November 19, 2007. I have spoken to Mr. Greenwald, counsel for the defendant, and he advised me that he consents to this application. In addition, Mr. Greenwald informed me that he will be out of town the week of November 19, returning on November 29, and therefore requests that he be permitted to file his reply on December 7, 2007.

  Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: *Richard C. Tarlowe*
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

**SO ORDERED**
*Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
October 31, 2007

cc: Gary Greenwald, Esq. (By facsimile)