

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 14, 2007

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601



Re:   United States v. Bernard Beebe, 07 Cr. 542 (SCR)

Dear Judge Robinson:

     The Government's response to the above defendant's pretrial motions is due to be filed on November 19, 2007. The Government respectfully requests an extension of time to file its response, from November 19 to November 30. Although the entire motion schedule previously was adjusted to reflect the one-month extension granted to the defendant with respect to the filing of his motions, this is the Government's first request for an extension in this case. I have spoken to Mr. Greenwald, counsel for the defendant, and he advised me that he consents to this application.

     Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Gary Greenwald, Esq. (By facsimile)

*Application Granted*
**SO ORDERED**
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
11/16/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____