Gary Greenwald *
Joanna C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Jamie C. Greenwald
David L. Gove
William A. Frank
Robert E. Noe
Anthony M. Di Filippo
Karen M. Alt ◊
Gary H. Forman**

David A. Brodsky, Of Counsel

Also Admitted To Practice In
* MA **NJ ◊CT

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

December 6, 2007

**VIA FAX - (914) 390-4179**

Honorable Stephen C. Robinson, USDC
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re: United States of America v. Bernard Beebe
Case No.: ~~06MAG1183~~  07 cr 542 (SCR)

Honorable Judge Robinson:

I have spoken to my adversary Richard Tarlowe of the US Attorney's Office. We recently received the opposing papers of the US Attorney's Office on or about November 30th as per the Court's extended schedule. As you may recall, the US Attorney had requested various times to extend the time to have his responsive papers in and we acquiesced. I have contacted Mr. Tarlowe and he has consented to allow us an extension of time until sometime after the first of the year to have our reply papers to you.

In addition, there is a conference scheduled for December 14, 2007 and since the motion papers have not been fully submitted we are also requesting that the conference be adjourned until the latter part of January 2008 or the first part of February 2008.

All of the delay should be deemed excludable time to the US Attorney's Office. Kindly advise me if the time for submission of papers as well as a new conference date can be rescheduled.

Respectfully yours,

Gary Greenwald, Esq.

GG/dah
cc: Richard Tarlowe, Esq.
    Bernard Beebe

*[Handwritten endorsement:]* Time from Dec. 14, 2007 to January 18, 2008 is excluded for the reasons above and in the interests of justice. The defendant has until 1/8/08 for its reply.

**SO ORDERED**
Stephen C. Robinson
UNITED STATES DISTRICT JUDGE
12/17/2007