

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

'ᴐ ENDORSED

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 4, 2008

BY HAND



RECEIVED APR 0 4 2008 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

**Re:   United States v. Bernard Beebe, 07 Cr. 542 (SCR)**

Dear Judge Robinson:

At the conclusion of the evidentiary hearing on the defendant's motion to suppress, the Court directed that any post-hearing submissions be submitted to the Court on April 11, 2008. The Government respectfully requests that the Court permit both parties to file their submissions on April 14, 2008. I have spoken to Mr. Greenwald, and he advised me that he consents to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Gary Greenwald, Esq. (By facsimile)

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION   4/8/08