UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

BERNARD BEEBE,

      Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 0542

TO:    Clerk of Court
           United States District Court
           Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney for the
           Southern District of New York

By:    /s/ Sarah R. Krissoff
        Sarah R. Krissoff
        Assistant United States Attorney
        (914) 993-1928
        Sarah.Krissoff@usdoj.gov