Gary Greenwald *
Joanna C. Greenwald **
Joseph G. McKay
Marc R. Leffler ◊
William A. Frank

Erno Poll
Benjamin Greenwald
Jamie C. Greenwald
David L. Gove
Robert E. Noe
Karen M. Alt ◊
Gary H. Forman **
Judith A. Waye
Elizabeth C. Tomson

David A. Brodsky, *Of Counsel*

Also Admitted To Practice In
*MA **NJ ◊CT

# GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845)469-1895
Toll Free: 1-866-GREENWALD
*www.GreenwaldLaw.com*

*Please Reply to Chester Office*

**Sullivan County**
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

**New Jersey**
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl.
West Paterson, NJ 07424
(973) 754-0031
Fax: (973) 754-1331

James M. Neylon, *Paralegal*
*(1934-1998)*
Spencer M. McLaughlin, Esq.
*(1945-2007)*

May 6, 2008

**VIA FAX - (914) 390-4179**

Honorable Stephen C. Robinson, USDC
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

    Re:    **United States of America v. Bernard Beebe**
            **Case No.: 07-CR-542 (SCR)**

Honorable Judge Robinson:

    This letter will confirm that the appearance with respect to the above-captioned matter previously scheduled for Friday, May 9, 2008 at 12:00 p.m. has been adjourned to Thursday, May 15, 2008 at 12:00 p.m.

                              Respectfully yours,

                              Gary Greenwald, Esq.

/aak

cc:    A.U.S.A. Richard Tarlowe
        (Via Fax: (212) 637-2387)

        Mr. Bernard Beebe